UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF BENCHMARK 2018-B5 MORTGAGE TRUST, COMMERICAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-B5, | |
| Plaintiff, | **ORDER TO STRIKE** |
| -against- | 20 Civ. 2157 (ALC) |
| 115 OWNER LLC, et al., | |
| Defendants. | |

The Scheduling Order was filed in the wrong case, strike docket number 71.

Dated: May 18, 2021

    New York, New York

SO ORDERED:

_____

**Ona T. Wang**
United States Magistrate Judge