# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Michael S. Gordon
direct dial: 212.589.4265
mgordon@bakerlaw.com

July 30, 2021

**MEMORANDUM ENDORSEMENT**

<u>**VIA ECF**</u>

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Wilmington Trust, Nat'l Assoc. et al. v. 115 Owner LLC et al.,* **Case No. 20 Civ. 2157**
<u>     Request for Adjournment of Settlement Conference                    </u>

Dear Judge Gorenstein:

     We are counsel for Borrower Defendants[1] in the above-referenced action. Pursuant to the Court's Individual Rule I.F., we submit this letter motion seeking to adjourn until **Thursday, September 2, 2021 at 10:00 a.m.** the settlement conference in this matter currently scheduled for Tuesday, August 17, 2021 at 2:30 p.m. (ECF No. 79.)

     In accord with the Court's Individual Rule I.F., counsel for both parties contacted Chambers yesterday to request an adjournment of the conference until September 17, 2021 in order to accommodate the settlement activities discussed in a conference with Judge Furman on July 28. Shortly thereafter, your Law Clerk contacted the undersigned to advise that the conference needed to proceed prior to September 8, 2021. Accordingly, I confirmed with your Law Clerk the Court's availability for Thursday, September 2, 2021 at 10:00 a.m.. Plaintiff[2] has consented to the change in date for the settlement conference and Plaintiff's counsel has confirmed their and their client's availability for this proposed alternative date and time.

---

[1] "Borrower Defendants" collectively refers to 115 Owner LLC; 191 Owner LLC; 621 Owner LLC; 74-01 Owner LLC; 245-02 Owner LLC; 90-55 Owner LLC; 90-59 Owner LLC; 1160 Owner LLC; and 49 Owner LLC; The Robin Eshaghpour Revocable Trust; and Robin Eshaghpour.

[2] "Plaintiff" refers to Wilmington Trust, National Association, as Trustee for the Benefit of the Registered Holders of Benchmark, 2018-B5 Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2018-B5.

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC*
4849-5357-1060

The Honorable Gabriel W. Gorenstein
July 30, 2021
Page 2

Thank you for your consideration of this letter motion.

Respectfully submitted,

*Michael S. Gordon*

Michael S. Gordon

cc:  All Counsel of Record

**Conference adjourned to September 2, 2021 at 10:00 a.m.  Submissions due August 27, 2021.**

**So Order.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 30, 2021

4849-5357-1060